```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 09 B 04325
    GLORIA NORRINGTON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-6506

---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 02/11/2009 and was not confirmed.

    The case was dismissed without confirmation 03/12/2009.
---------------------------------------------------------------------------
CREDITOR NAME           CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
---------------------------------------------------------------------------
BANK OF AMERICA NATIONAL MORTGAGE NOTI  NOT FILED          .00           .00
BANK OF AMERICA         CURRENT MORTG        .00           .00           .00
BANK OF AMERICA         SECURED NOT I   28886.40           .00           .00
PRO SE DEBTOR           DEBTOR ATTY         .00                          .00
TOM VAUGHN              TRUSTEE                                          .00
DEBTOR REFUND           REFUND                                           .00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                         -----------            -----------
TOTALS                       .00                          .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/26/09              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE